No. 23-0143

# United States Court of Appeals for the Federal Circuit

IN RE META PLATFORMS, INC.,
*Petitioner*

*Appeal from the United States District Court for the Western District of Texas in Case No. 1:23-cv-00623-ADA · Judge Alan D Albright*

## UNOPPOSED MOTION TO SEAL RESPONSE AND TO EXTEND DEADLINE TO FILE NON-CONFIDENTIAL SUBMISSIONS

Stefan Szpajda
C. Maclain Wells
FOLIO LAW GROUP PLLC
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
(206) 880-1802
stefan@foliolaw.com
maclain@foliolaw.com

Joseph M. Abraham
Timothy Dewberry
FOLIO LAW GROUP PLLC
13492 Research Blvd, Ste. 120, No. 177
Austin, TX 78750
(737) 234-0201
joseph.abraham@foliolaw.com
timothy.dewberry@foliolaw.com

*Counsel for Immersion Corp.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2023-0143 |
| **Short Case Caption** | In re Meta Platforms, Inc. |
| **Filing Party/Entity** | Immersion Corporation |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/11/2023

Signature: /s/Stefan Szpajda

Name: Stefan Szpajda

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Immersion Corporation | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| David Schumann<br>Folio Law Group PLLC | Sam Kim<br>Folio Law Group PLLC | Alexandra Fellowes<br>Folio Law Group PLLC |
| Palani P. Rathinasamy<br>Folio Law Group PLLC | Cliff Win Jr.<br>Folio Law Group PLLC | Cristofer I. Leffler<br>Folio Law Group PLLC |
| Steven Skelley<br>Folio Law Group PLLC | | |

**5. Related Cases.**  Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐    Yes (file separate notice; see below)    ☑  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b).  **Please do not duplicate information.**  This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal.  Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Respondent Immersion Corporation respectfully requests that the Court (1) permit Immersion to permanently designate as Confidential its August 11, 2023, Response to Petitioner Meta Platforms, Inc.'s Petition for Writ of Mandamus, which was erroneously filed to the public docket and has been temporarily sealed by the Clerk's Office, and (2) extend Immersion's deadline to file non-confidential versions of its Response and related Supplemental Appendix until Monday, August 21, 2023, consistent with the Court's August 14, 2023, Notice of Non-Compliance setting a deadline of five business days to submit a corrected responsive brief.

**Immersion's Motion to Seal:**

Immersion's Response cites information that was produced by and designated as confidential by Meta pursuant to the District Court's protective order. *See* Dkt. 2 at AppxI.

Due to an error in ECF filing of its Response after close of business Friday, Immersion mistakenly made its Response available on the public docket. Immediately upon realizing its error, Immersion promptly utilized this Court's emergency procedures to contact the Clerk's Office, both electronically within an hour of filing, and by telephone the morning of Saturday, August 12, 2023, shortly after 8:00 a.m. Eastern. The Clerk's Office temporarily sealed Immersion's Response with a directive to pursue formal sealing by August 14, 2023, which Immersion now does via this motion.

Immersion regrets the error in its August 11 filing, and would not wish it to cause the inadvertent public release of Meta's confidential information. In the interests of justice, Immersion respectfully requests that the Court order Immersion's Response be permanently sealed, as if it had been correctly designated as Confidential upon filing in the first instance.

**Immersion's Motion to Extend Deadlines:**

Immersion and Meta have met and conferred, and consistent with Fed. Cir. R. 25.1(d)(1), Meta has identified five unique words that it has requested to be redacted from Immersion's Response. Immersion does not expect to request any redactions on its own behalf.

In the interest of ensuring that all confidential treatment, and consistent with the Court's August 14 Notice of Non-Compliance, Immersion respectfully requests that the Court allow Immersion until August 21 to file non-confidential versions of its Response and Appendix.[1] This brief extension will allow the parties to further meet and confer regarding the scope of properly tailored redactions, following which Immersion will file non-confidential versions of its Response and Supplemental Appendix, as well as any Motion to Waive relating thereto.

---

[1] It was originally Immersion's intention to effect this extension via the automatic-notice procedure set forth in Fed. Cir. R. 26(b)(5). But upon realizing its inadvertent public filing, Immersion determined in an abundance of caution to proceed by this motion.

\*     \*     \*

For these reasons, Immersion respectfully requests that the Court grant this motion.

Counsel for Petitioner Meta has informed counsel for Respondent Immersion that Meta does not object to the relief requested herein and will not file a response in opposition to this motion.

Dated:  August 14, 2023            Respectfully submitted,

_/s/ Stefan Szpajda_

Stefan Szpajda
C. Maclain Wells
FOLIO LAW GROUP PLLC
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
(206) 880-1802

Joseph M. Abraham
Timothy Dewberry
FOLIO LAW GROUP PLLC
13492 Research Blvd, Ste. 120, No. 177
Austin, TX 78750
(737) 234-0201

_Counsel for Immersion Corp._

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1.  This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) and Federal Circuit Rule 27(d):

__X__  The brief contains 479 words, excluding the parts of the brief exempted by Federal Circuit Rule 27(d)

2.  This brief complies with the typeface and the type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(e):

__X__  The Brief has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Times New Roman font or

_____  The brief has been prepared in a monospaced typeface using _____ in a _____ characters per inch _____ font.

_/s/ Stefan Szpajda_____
Stefan Szpajda

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Stefan Szpajda*
Stefan Szpajda